

# THE THIRTEENTH COURT OF APPEALS

13-17-00350-CV

Urey Property Development, Inc., f/k/a Urey's Sweet Temptations, Inc.
v.
La Dolce Tentazoine, LLC d/b/a Sweet Temptations Restaurant and Catering

On appeal from the
332nd District Court of Hidalgo County, Texas
Trial Cause No. C-5160-16-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are taxed against appellant.

We further order this decision certified below for observance.

October 26, 2017